**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Priscilla Kidd | ) | Case no. 16-32471 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  Pamela S. Hollis |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Priscilla Kidd
Po Box 134
Steger, IL  60475

Semrad Law Firm Llc
20 S Clark St 28Th Fl
Chicago,IL 60603

Will County Treasurer
302 N Chicago St
JOLIET, IL 60532

Please take notice that on Friday, August 23, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor and creditor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Wednesday, July 17, 2019.

/s/ Benjamin Ruggles

For:  Glenn Stearns, Trustee

---

**OBJECTION TO CLAIM # 8**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests disallowance of the above referenced claim pursuant to 11 U.S.C. Section 502(b) and in support thereof, states the following:

1. On October 11, 2016 the Debtor filed a petition under Chapter 13.
2. The government bar date for creditors to file claims was 4/10/2017.
3. WILL COUNTY TREASURER filed a claim on January 24, 2018 (# 8 on PACER) in the amount of $9,841.55; the claim was filed after the claims bar date.
4. Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of Will County Treasurer be disallowed, and for such other and further relief as this court deems proper.

Respectfully Submitted;

/s/  Gerald Mylander

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888